Filed 1/19/22  P. v. Ortiz CA3

<u>NOT</u> <u>TO</u> <u>BE</u> <u>PUBLISHED</u>

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Glenn)

----

| | |
|---|---|
| THE PEOPLE,<br><br>Plaintiff and Respondent,<br><br>v.<br><br>GERARDO A. ORTIZ,<br><br>Defendant and Appellant. | C094095<br><br>(Super. Ct. No. 20CR15225) |

Following an argument with his girlfriend, defendant Gerardo A. Ortiz drank alcohol to the point of intoxication and fired a gun into an orchard.  Defendant was subsequently charged with multiple felonies, including being a felon in possession of ammunition.  Defendant pled guilty to being a felon in possession of ammunition in exchange for a maximum term of two years in state prison and dismissal of the remaining charges.

The trial court subsequently sentenced defendant to two years in state prison.  The court ordered him to pay various fines and fees and awarded him one day of custody credit.  Defendant appeals without a certificate of probable cause.

1

DISCUSSION

We appointed counsel to represent defendant on appeal. Counsel filed an opening brief setting forth the facts of the case and requesting that this court review the record to determine whether there are any arguable issues on appeal. (*People v. Wende* (1979) 25 Cal.3d 436.) Defendant was advised of his right to file a supplemental brief within 30 days of the date of filing of the opening brief. More than 30 days elapsed, and we received no communication from defendant.

After examining the record, we conclude the trial court erred in failing to impose a $40 mandatory court operations assessment (Pen. Code, § 1465.8) and a $30 mandatory court facilities assessment (Gov. Code, § 70373). We shall modify the judgment to impose the mandatory assessments. We find no other arguable error that would result in a disposition more favorable to defendant.

DISPOSITION

Defendant's conviction is affirmed. The judgment is modified to include a mandatory $40 court operations assessment under Penal Code section 1465.8 and a $30 court facilities assessment under Government Code section 70373. The judgment is affirmed as modified. The trial court is directed to prepare an amended abstract of judgment that correctly reflects the judgment as modified and to forward a copy to the Department of Corrections and Rehabilitation.


/s/_____\
      Robie, J.

We concur:


/s/_____
Hull, Acting P. J.


/s/_____
Earl, J.


2